UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| VANCE HARRIS, JR, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. C-05-72 |
| § | |
| CASTRO, *et al*, § | |
| § | |
| Defendant. § | |

## ORDER DENYING MOTIONS FOR PRELIMINARY INJUNCTION

Plaintiff's motions for a preliminary injunction (D.E. 66, 67, 68) are denied without prejudice. Plaintiff seeks injunctive relief against officials who are not defendants in this lawsuit, but rather are officials at the Wynne Unit in Huntsville, Texas. Moreover, plaintiff failed to articulate, at a hearing held on February 1, 2006 or in his pleadings, any facts from which retaliation might plausibly be inferred. *See Woods v. Smith*, 60 F.3d 1161, 1166 (5th Cir. 1995). Plaintiff must allege more than his personal belief that he is the victim of retaliation. *Johnson v. Rodriguez*, 110 F.3d 299, 310 (5th Cir. 1997). Plaintiff is free to exhaust his administrative remedies and seek injunctive relief against the Wynne Unit defendants in the Houston Division of the Southern District of Texas.

ORDERED this 1st day of February, 2006.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE