IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| VANCE HARRIS, JR.   §
    TDCJ-CID #832224   § 
  § 
VS.   §   C.A. NO. C-05-072
  § 
LT. CASTRO, ET AL.   § | |

### FINAL JUDGMENT

Pursuant to the order granting defendants' motion for summary judgment, plaintiff's claims are dismissed with prejudice.  This is a Final Judgment.

ORDERED this 17th day of May, 2006.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE